IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CLENDENEN,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Defendant. | Case No. 18-cv-07040-CRB<br><br>**ORDER ENTERING JUDGMENT** |

Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: April 15, 2020

_____
CHARLES R. BREYER
United States District Judge